| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| Lori Mannarino, Sam Treihaft <br> 13267 Red Bird Ct., Moorpark Ca 93021 | 2015 APR -1 PM 3:59 <br> CLERK U.S. DISTRICT COURT <br> CENTRAL DIST. OF CALIF. <br> LOS ANGELES <br> BY: 9F |
| ATTORNEYS FOR: pro-per | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Lori Mannarino, Sam Treihaft <br> Plaintiff(s), <br> v. <br> Fay Servicing LLC, PROF-2013-M4 REO I LLC, Prof-2013-S Remic Trust III, ET AL <br> Defendant(s) | CASE NUMBER: <br> LA CV15 2409 ODW(PLAx) <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Lori Mannarino, Sam Treihaft
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                      **CONNECTION**
(List the names of all such parties and identify their connection and interest.)


See Attached


_4-1-2015_                     _[signature]_
Date                           Sign

                               _pro-per_
                               Attorney of record for or party appearing in pro per

CV-30 (04/10)                  NOTICE OF INTERESTED PARTIES

| | |
|---|---|
| Lori Mannarino | Plaintiff |
| Sam Treihaft | Plaintiff |
| Fay Servicing LLC | Defendant |
| PROF-2013-M4 REO I LLC | Defendant |
| PROF-2013-S REMIC TRUST III | Defendant |
| Structured Financial Services-PROF | Defendant |
| U.S. Bank National Association | Defendant |
| U.S> ROF III Legal Title Trust 2015-1 | Defendant |
| Barrett,Daffin,Frappier,Treader & Weiss LLP | Defendant |
| BDF Law Group | Defendant |
| Ben Morris | Defendant |
| Tyrone Bell | Defendant |
| Jen Jolls | Defendant |
| Michael Schuster | Defendant |
| Vikki M. Palumbo | Defendant |
| E. Stewart | Defendant |
| Tanya McCullah | Defendant |
| Erica Jones | Defendant |
| Clayton Groff | Defendant |
| Talisha Wallace | Defendant |
| Yomari Quintanilla | Defendant |
| Dayna Bucaro | Defendant |
| Micheal McGee | Defendant |
| Title 365 | Defendant |

**And  DOES 1-10 Inclusive**