O

# United States District Court
# Central District of California

| | |
|---|---|
| LORI MANNARINO; SAM TREIHAFT,<br><br>     Plaintiffs,<br><br>     v.<br><br>FAY SERVICING LLC; PROF-2013-M4 REO I LLC; PROF-2013-S REMIC TRUST III; STRUCTURED FINANCIAL SERVICES-PROF; U.S. NATIONAL BANK ASSOCIATION; U.S. ROF III LEGAL TITLE TRUST 2015-1; BARRETT, DAFFIN, FRAPPIER, TREADER AND WEISS LLP; BDF LAW GROUP; BEN MORRIS; TYRONE BELL; JEN JOLLS; MICHAEL SCHUSTER; VIKKI M. PALUMBO; E. STEWART; TANYA MCCULLAH; ERICA JONES; CLAYTON GOFF; TALISHA WALLACE; YOMARI QUINTANILLA; DAYNA BUCARO; MICHAEL MCGEE; TITLE 365; DOES 1–10 INCLUSIVE,<br><br>     Defendants. | Case No. 2:15-cv-02409-ODW(PLAx)<br><br>**ORDER TO SHOW CAUSE RE PROOF OF SERVICE** |

The Court hereby **ORDERS** Plaintiffs Lori Mannarino and Sam Treihaft **TO SHOW CAUSE**, in writing by Wednesday, April 22, 2015, why proof of service has

not been filed. On April 17, 2015, the Court ordered Plaintiffs to file proof of service no later than Monday, April 20, 2015 at 5:00 p.m. (ECF No. 15.) By allowing the deadline to pass, Plaintiffs are now in violation of a direct order from this Court. The Court is prepared to vacate its prior order granting Plaintiffs *ex parte* relief or any other measure it deems appropriate.

**IT IS SO ORDERED.**

April 21, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**