O

# United States District Court
# Central District of California

| | |
|---|---|
| LORI MANNARINO; SAM TREIHAFT, <br><br>Plaintiffs, <br><br>v. <br><br>FAY SERVICING LLC; PROF-2013-M4 REO I LLC; PROF-2013-S REMIC TRUST III; STRUCTURED FINANCIAL SERVICES-PROF; U.S. NATIONAL BANK ASSOCIATION; U.S. ROF III LEGAL TITLE TRUST 2015-1; BARRETT, DAFFIN, FRAPPIER, TREADER AND WEISS LLP; BDF LAW GROUP; BEN MORRIS; TYRONE BELL; JEN JOLLS; MICHAEL SCHUSTER; VIKKI M. PALUMBO; E. STEWART; TANYA MCCULLAH; ERICA JONES; CLAYTON GOFF; TALISHA WALLACE; YOMARI QUINTANILLA; DAYNA BUCARO; MICHAEL MCGEE; TITLE 365; DOES 1–10 INCLUSIVE, <br><br>Defendants. | Case No. 2:15-cv-02409-ODW(PLAx) <br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR TEMPORARY RESTRAINING ORDER [21]** |

The Court hereby **GRANTS** Plaintiffs' *Ex Parte* Application for Temporary Restraining Order. (ECF No. 21.) The Court **ORDERS** as follows:

(1) Defendants are enjoined and restrained from proceeding with the sale of Plaintiffs' property;

(2) The parties are ordered to appear at a preliminary injunction hearing on **Monday, June 1, 2015 at 1:30 p.m.** in Courtroom 9, United States Courthouse, 312 N. Spring St., Los Angeles, California 90012. Defendants shall file a response to no later than Friday, May 29, 2015 at 12:00 p.m. Defendants' response shall primarily focus on Plaintiffs' likelihood of success on the merits;

(3) This Order expires on June 1, 2015;

(4) Upon request by Defendants, the Court may require Plaintiffs to provide reasonable security in the event a preliminary injunction issues, as required by Federal Rule of Civil Procedure 65(c); and

(5) Plaintiffs shall immediately serve each Defendant with a copy of this Order and file proof of service with the Court no later than Wednesday, May 27, 2015 at 5:00 p.m.

**IT IS SO ORDERED.**

May 20, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**